# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137136 & (66)(67)

CITIZENS PROTECTING MICHIGAN'S
CONSTITUTION, LOWELL R. ULRICH,
MICHAEL BISHOP, ALAN L. CROPSEY,
VIRGIL SMITH, JR., and MIKE BRYANTON,
      Plaintiffs-Appellees,

v

SECRETARY OF STATE and BOARD OF
STATE CANVASSERS,
      Defendants-Appellees,
and

REFORM MICHIGAN GOVERNMENT NOW!,
      Intervening
      Defendant-Appellant.

SC: 137136
COA: 286734

_____

## AMENDMENT TO ORDER

On order of the Court, the order of August 28, 2008 is amended by adding thereto the following statement by Kelly, J.:

Kelly, J. I acknowledge that, pursuant to MCR 2.003(B)(5), I have an economic interest and other more than de minimis interest in the outcome of this matter. Nonetheless, I will participate under the rule of necessity. See *United States v Will*, 449 US 200 (1980).

The decisions of the other justices to participate is solely their own, based on this Courts traditional disqualification procedure. I object to this procedure and again call for the Court to revise it. See *Adair v Michigan*, 474 Mich 1027, 1051 (2006) (statement by Kelly, J.)



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2008

_____
Clerk